# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32747

————————————

## UNITED STATES
*Appellee*

v.

## Gabriela E. BROWN
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 13 December 2023

————————————

*Military Judge*: Shad R. Kidd.

*Sentence*: Sentence adjudged 13 September 2022 by SpCM convened at Tinker Air Force Base, Oklahoma. Sentence entered by military judge on 5 October 2022: Bad-conduct discharge, confinement for 185 days, forfeiture of $1,200.00 pay per month for 6 months, reduction to E-1, and a reprimand.

*For Appellant*: Major Kasey W. Hawkins, USAF; Major Frederick J. Johnson, USAF; Captain Thomas R. Govan, Jr., USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Mary Ellen Payne, Esquire.

Before RICHARDSON, DOUGLAS, and WARREN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-*

*Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court